# United States Bankruptcy Court
**Eastern District of Virginia**
Richmond Division

**In re:**                                               **Case Number**   17–33373–KRH
                                                                                    **Chapter**   7
Alice Veronica Sheridan

Debtor(s)

## NOTICE TO SHOW CAUSE

**TO:** *Debtor(s)*               Alice Veronica Sheridan, 9405 Belfort Road
                                     Henrico, VA 23229

        *Attorney for Debtor(s)*      Charles H. Krumbein, Krumbein Consumer Legal Services, Inc.
                                       1650 Willow Lawn Dr.
                                       Suite 300
                                       Richmond, VA 23230

        *Trustee*                        Bruce H. Matson, LeClair Ryan, A Professional Corporation
                                       919 East Main Street
                                       24th Floor
                                       Richmond, VA 23219

        *United States Trustee*        701 East Broad Street, Suite 4304, Richmond, VA, 23219

The automatic dismissal of the above–referenced case having been suspended pursuant to Local Bankruptcy Rule 1017–3;

NOTICE IS HEREBY GIVEN that a hearing will be held:

*Date:* October 4, 2017
*Time:* 12:00 PM
*Location:* Judge Huennekens – Courtroom, U. S. Bankruptcy Court, 701 E. Broad St., Rm. 5000, Richmond, VA 23219


for the debtor(s) to show cause why the case should not be converted to another chapter, or why the debtor(s) should not be held in civil contempt, or why other sanctions, including dismissal with prejudice to refiling or to the discharge in a later case of debts dischargeable in this case, should not be imposed for failure to comply with the provisions of the following Local Rule(s):


*12* – Certification of U.S. Trustee Pursuant to Local Rule 2003–1(B). It is hereby certified that either the debtor or the debtor's counsel has not appeared at the scheduled Section 341 meeting held 9/11/2017. Further note that it does appear that there will be assets available for distribution to creditors. Filed by Shannon Pecoraro of Office of the U.S. Trustee on behalf of Judy A. Robbins. (Pecoraro, Shannon)

NOTICE IS FURTHER GIVEN that an outstanding balance of the filing fee in the amount of $ is due and owing to the Clerk of Court.

Dated:   September 14, 2017                 William C. Redden, Clerk
                                                      United States Bankruptcy Court

                                                      By: /s/Suzan Ramirez–Lowe, Deputy Clerk

```
                        United States Bankruptcy Court
                          Eastern District of Virginia
```

In re:                                                              Case No. 17-33373-KRH
Alice Veronica Sheridan                                             Chapter 7
         Debtor

## CERTIFICATE OF NOTICE

```
District/off: 0422-7          User: ramirez-l            Page 1 of 1                  Date Rcvd: Sep 14, 2017
                              Form ID: showcaus          Total Noticed: 1
```

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Sep 16, 2017.
db             +Alice Veronica Sheridan,    9405 Belfort Road,    Henrico, VA 23229-7007

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
NONE.                                                                                                TOTAL: 0

              ***** BYPASSED RECIPIENTS *****
NONE.                                                                                                TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Sep 16, 2017                                  Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on September 14, 2017 at the address(es) listed below:
              Bruce H. Matson    bhmtrustee@leclairryan.com,    bmatson@ecf.epiqsystems.com
              Charles H. Krumbein    on behalf of Debtor Alice Veronica Sheridan charlesh@krumbein.com,
               mgkecf@krumbein.com,plutzky@gmail.com
              Judy A. Robbins    USTPRegion04.RH.ECF@usdoj.gov
              Shannon   Pecoraro    on behalf of U.S. Trustee Judy A. Robbins Shannon.pecoraro@usdoj.gov,
               june.e.turner@usdoj.gov;Theresa.E.McPherson@usdoj.gov
                                                                                             TOTAL: 4